O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURE STRATEGY HOLDINGS, LLC, | Case No. 2:24-cv-11078-ODW (JCx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| PE'ER PETER BURSUKER, | |
| Defendant. | |

*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (Dkt. No. 26), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.    **JUDGMENT** is entered in favor of Plaintiff and against Defendant, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2.    The Court **AWARDS** Plaintiffs damages in the amount of $992,828.50; and

3.    The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 30, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**